# Baker v. The State.

APPEAL from Gadsden City Court.
Tried before the Hon. JOHN H. DISQUE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Will Baker, was indicted, tried and convicted for perjury.
The judgment of conviction is affirmed.

Opinion PER CURIAM.